**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


ROGELIO BOLUFE IZQUIERDO,

     Petitioner,

     v.                       Civ. No. 25-1304 JB/SCY

MELISSA ORTIZ, Warden, Torrance
County Detention Facility; JOEL
GARIA, Field Office Director, El
Paso Field Office, United States
Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
United States Immigration and Customs
Enforcement; KRISTI NOEM,
Secretary of Homeland Security; and
PAMELA JO BONDI, United States
Attorney General,

     Respondents.

## ORDER REGARDING AMENDED PETITION

This matter comes before the Court on Petitioner Rogelio Bolufe Izquierdo's Amended Petition for Writ of Habeas Corpus. Doc. 18. Mr. Bolufe Izquierdo filed his original Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 on December 24, 2025. Doc. 1. On February 4, 2026, the undersigned entered a Proposed Findings and Recommended Disposition ("PFRD"), recommending the Court deny the petition and grant the Federal Respondents' motion to dismiss. Doc. 12. That PFRD, along with Petitioner's subsequent objections, are pending before the presiding judge.

On April 10, 2026, Mr. Bolufe Izquierdo filed a second habeas corpus petition. *See Izquierdo v. Torrance County Detention Center*, 26cv1117 SMD/JHR (April 15, 2026, D.N.M.) ("*Izquierdo II*"). The Court dismissed *Izquiedro II* as duplicative of the present case and directed

the Clerk's office to file the *Izquiedro II* petition as a proposed amended petition in the present case. *Id.*, Doc. 4. In accordance with this directive, the Clerk's office filed the amended petition on April 16, 2026. Doc. 18.

Given the Order in *Izquiedro II*, this Court grants leave, pro nunc tunc, for the amended petition to be filed in the present case. *See* Fed. R. Civ. P. 15(a)(2) ("The court should freely give leave when justice so requires."); *see also* 28 U.S.C. § 2242 (an application of writ of habeas corpus "may be amended or supplemented as provided in the rules of procedure applicable to civil actions"); Rules 1(b) and 12 of the Rules Governing Section 2254 Proceedings for the United States District Courts (applying the rules to other habeas corpus petitions and applying the Federal Rules of Civil Procedure).

The Court will consider the merits of the claims raised in the amended petition in addition to considering the claims raised in the original petition. That is, the Court will not treat the amended petition as superseding the original petition. Accordingly, the Federal Respondents shall file an answer to the amended petition by May 12, 2026. After briefing is complete, undersigned will issue a supplemental PFRD as to the merits of the amended petition, for the presiding judge to consider along with the PFRD previously entered as to the merits of the original petition.

**IT IS THEREFORE ORDERED** that the Federal Respondents shall file an answer to the amended petition (Doc. 18) by **May 12, 2026.** Petitioner may file an optional reply within seven days after the answer brief is filed.

_____
Steven C. Yarbrough
United States Magistrate Judge

2