IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROGELIO BOLUFE IZQUIERDO,

     Petitioner,

vs.                                   No. CIV 25-01304 JB/SCY

MELISSA ORTIZ, Warden, Torrance
County Detention Facility; JOEL
GARIA, Field Office Director, El
Paso Field Office, United States
Immigration and Customs Enforcement;
TODD M. LYONS, Acting Director,
United States Immigration and Customs
Enforcement; KRISTI NOEM,
Secretary of Homeland Security; and
PAMELA JO BONDI, United States
Attorney General,

          Respondents.

**ORDER**

    **THIS MATTER** comes before the Court on the Petitioner's Motion to Expedite Ruling on Pending Petition for Writ of Habeas Corpus, filed April 13, 2026 (Doc. 17)("Motion to Expedite). In the Motion to Expedite, Petitioner Rogelio Bolufe Izquierdo requests that the Court expedite its ruling on the pending Petition for Writ of Habeas Corpus, filed on December 24, 2025 (Doc. 1)("Petition"). The United States of America has removed Izquierdo from the country. See Notice of Removal and Subsequent Developments, at 1, filed June 3, 2026 (Doc. 25). Accordingly, the relief which Izquierdo seeks in the Petition -- "immediate release from custody" and that he "not be removed while this habeas petition is pending," -- is no longer available. See Memorandum of Law in Support of Petition for Writ of Habeas Corpus at 12, 14, filed December 24, 2025 (Doc. 2). The Court therefore denies the Motion to Expedite as moot.

**IT IS ORDERED** that: the Petitioner's Motion to Expedite Ruling on Pending Petition for

Writ of Habeas Corpus, filed April 13, 2026 (Doc. 17), is denied.

_____
UNITED STATES DISTRICT JUDGE

*Parties and counsel:*

Rogelio Bolufe Izquierdo
Estancia, New Mexico

    *Petitioner pro se*

Todd Blanche
  Acting United States Attorney General
Ryan Ellison
  First Assistant United States Attorney
Allison Shokes
  Assistant United States Attorneys
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for Respondents Todd Lyons, Kristi Noem, Pamela Bondi, and Joel Garcia*

Melissa Ortiz
Warden, Torrance County Detention Facility

    *Respondent pro se*

-2-